**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-6376**

―――――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN R. WARD, a/k/a Billy,

Defendant - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CR-92-88-N)

―――――――――――

Submitted:  July 23, 1996          Decided:  August 5, 1996

―――――――――――

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

John R. Ward, Appellant Pro Se.  Charles Dee Griffith, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West Supp. 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Ward</u>, No. CR-92-88-N (E.D. Va. Feb. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>